In the Matter of VINCENT G. CALFAPIETRA, Appellant, against PATRICK WALSH, as Commissioner of the Fire Department of the City of New York, et al., Respondents.

Argued May 17, 1945; decided June 14, 1945.

*Matthew Silverman* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Charles C. Weinstein* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.